408 A.2d 845

**In the Matter of the APPOINTMENT OF GUARDIANS FOR Helen BUSKA, Perry Dempsey, James Hutchinson, Barbara Kranjac, Charles Mitchell, Darlene Maurer, Michael Massimo, Catherine Pulgino, Hope Strunk, and Mary Zindash.**

Supreme Court of Pennsylvania.

Argued Sept. 17, 1979.

Decided Dec. 21, 1979.

Thomas K. Gilhool, Edward A. Stutman, Public Interest Law Center of Philadelphia, Philadelphia, for appellants.

Robert B. Hoffman, Deputy Atty. Gen., Harrisburg, for appellee.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, NIX, MANDERINO, LARSEN and FLAHERTY, JJ.

## OPINION OF THE COURT

PER CURIAM:

Appeals quashed. Each party to bear own costs.

MANDERINO, J., did not participate in the decision of this case.